**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

Curt Hoffman,

       Plaintiff,                      Civil No. 09-549 (RHK/AJB)

vs.                          **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Bert Emanuel, et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 9, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge